UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STEVEN ANDREW RIDGE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.:  3:20-CV-46-TAV-DCP |
| DEPUTY R. JONES, CAPTAIN VOWELL, LIEUTENANT FENTON, CORPORAL ANTHONY, and THE STATE OF TENNESSEE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted.  28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A.  Because the Court **CERTIFIED** in the memorandum and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

                                                  s/ Thomas A. Varlan
                                                  UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
   CLERK OF COURT